UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN

        Plaintiff(s),

    v.

DEUTSCHE BANK NATIONAL TRUST CO, ET AL.

        Defendant(s).

No. C 08-04049 MEJ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: SEPTEMBER 1, 2008

Signature

Counsel for  PRO SE
(Plaintiff, Defendant or indicate "pro se")