1  Robert J. Curtis, Esq. #144270
   Kristen Lu, Esq. #256270
2  Curtis Law Group
   19700 Fairchild Road, Suite 380
3  Irvine, CA 92612
   Telephone: (949) 955-2211
4  Fax: (949) 955-2217
   Attorneys for Defendants,
5  APRICIA CORPORATION and
   CURTIS LAW GROUP
6

7                         UNITED STATES DISTRICT COURT
8                        NORTHERN DISTRICT OF CALIFORNIA
9

10 | JOHN BROSNAN | Case No. CV 08-4049 SI |
11 | Plaintiffs, | |
12 | v. | **ORDER GRANTING DEFENDANTS' APRICIA CORPORATION AND CURTIS LAW GROUP MOTION AND REQUEST FOR TELEPHONIC APPEARANCE** |
13 | DEUTSCHE BANK NATIONAL TRUST CO., et al., | |
14 | | |
15 | Defendants. | Courtroom: 10, 19th Floor |
   | | Hearing date: April 3, 2009 |
   | | Time: 9:00 a.m. |
16 | | Place: 450 Golden Gate Avenue |
   | | San Francisco, CA 94102 |
17

18
19     This matter coming before the Court, pursuant to Defendants APRICIA
20 CORPORATION's and CURTIS LAW GROUP's Request for Telephonic Appearance,
21 After consideration and good cause appearing therefore,
22     IT IS ORDERED that Defendants' Motion is hereby granted in its entirety.
23
24 Dated: _____        _____
25                             By:    SUSAN ILLSTON
26                                    United States District Judge
27
28

CURTIS LAW GROUP
ATTORNEYS AT LAW

1