UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| JOHN BROSNAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR NEW CENTURY HOME EQUITY LOAN TRUST, CARRINGTON MORTGAGE SERVICES LLC, PAUL WINDERS, DENNIS REIFERT, JOHN BOUZANE, PRIORITY POSTING AND PUBLISHING, APRICIA CORPORATION, CURTIS LAW GROUP, ROBERT A KRASNEY, EXPRESS EVICTIONS AND DOES 1-99,<br><br>    Defendants. | Case No.: CV 08 04049 SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:      May 1, 2009<br>Time:     2:30 p.m.<br>Courtroom: B, 15th Floor<br>Place:     450 Golden Gate Ave.<br>             San Francisco, CA 94102<br><br>Date Complaint Filed: August 25, 2008<br>Trial Date: none |

Pursuant to the Stipulation of the parties, the Case Management Conference in this matter is continued from May 1, 2009, to _6/26_, 2009, at _2:30_ p.m., in Courtroom B, 15th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: May __, 2009

                                                        Judge Susan Illston

1