IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | No. C 08-04049 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST CO, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>September 18, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 1, 2209</u>.

DESIGNATION OF EXPERTS: <u>9/1/09</u>; REBUTTAL: <u>n/a</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 1, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 9, 2009</u>;

    Opp. Due <u>October 23, 2009</u>; Reply Due <u>October 30, 2009</u>;

    and set for hearing no later than <u>November 13, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>December 15, 2009</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>January 25, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By July 10, 2009, defendant shall provide a declaration indicating that Paul Winders was not an employee of CMS. If the declaration is filed, plaintiff indicated that he will then dismiss CMS and move forward with default proceedings against the remaining defendants.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge