IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

        Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST CO., *et al.*,

        Defendants.

                    /

No. C 08-4049 SI

**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE**

This of this matter against defendant Carrington Mortgage Services LLC is set for trial on January 25, 2010. The final Pretrial Conference is set for December 15, 2009. See Docket # 63, filed June 30, 2009.

The parties joint pretrial paperwork was due December 1, 2009. None has been filed. Instead, the parties filed a Joint Case Management Conference Statement, laying out a disagreement over whether plaintiff has wrongly, perhaps contumaceously, refused to dismiss defendant Carrington as he previously represented.

Plaintiff has made no effort to change the trial date, nor has he filed any of the pretrial materials required by the Federal Rules of Civil Procedure or by this court's Local Rules. Accordingly, **plaintiff is ORDERED TO SHOW CAUSE, in writing to be filed no later than December 10, 2009, why this matter should not be dismissed as against defendant Carrington for failure to prosecute.**

These matters will be discussed at the Final Pretrial Conference on December 15, 2009.

**IT IS SO ORDERED.**

Dated: December 5, 2009

                                          SUSAN ILLSTON
                                          United States District Judge