IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,   No. C 08-4049 SI

　　　　Plaintiff,   **JUDGMENT**

　v.

DEUTSCHE BANK NATIONAL TRUST CO, *et al.*,

　　　　Defendants.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿／

All claims and all defendants, except defendant Paul Winders, are dismissed. Judgment by default is hereby entered in favor of plaintiff and against defendant Winders, in the amount of zero dollars.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 26, 2010

SUSAN ILLSTON
United States District Judge